In the Matter of the Estate of HARRY A. BARMEIER, Deceased.

THOMAS J. REESE, Appellant; BROOKLYN TRUST COMPANY et al., Respondents.

(Argued September 30, 1936; decided November 17, 1936.)

*Charles W. Froessel* and *George P. Stier* for appellant.

*Walter Bruchhausen* for Brooklyn Trust Company et al., respondents.

*William A. Robinson* as special guardian for Lorraine Anthony et al., respondents.

*Royal A. Curtis* as special guardian for Harry G. Barmeier, respondent.

Order affirmed, with costs to all parties appearing and filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; CRANE, Ch. J., taking no part.